IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WISCONSIN

**UNITED STATES OF AMERICA**,

        Plaintiff,

v.                                                           Case No. 21-cr-126-jdp

**ROGER HOFFMAN**,

        Defendant.

**MEMORANDUM IN SUPPORT OF
MOTION FOR RELEASE FROM CUSTODY**

Roger Hoffman, by attorney Mark P. Maciolek, Maciolek Law Group, has moved the Court for an order releasing him from pre-trial custody, pursuant to Fed. R. Crim. P. 46(a) and 18 U.S.C. §§ 3142 and 3144. He submits this memorandum in support of his motion.

**No serious risk of flight or witness intimidation**

The government's submissions for today's detention hearing concede that the government was aware Mr. Hoffman needed to depart from the United States in March of 2021, when the defense and prosecution were involved in discussions about this matter. The government seems to imply that Mr. Hoffman will flee the United States because he did not return to the United States three months after he departed, back in 2021. Mr. Hoffman held only a non-immigrant tourist visa to enter the United States. A visa does not confer the right to enter the United States. It functions as permission to 'knock on the door' and request admission. Generally, a holder of a tourist visa has to wait three months outside of the United

States before requesting admission again; however, that is a matter of practice and discretion on the part of Customs and Border Protection, not a statute or regulation.

The government has not proffered any information that suggests Mr. Hoffman has any plans to flee, or that he has any plans to intimidate witnesses. Had Mr. Hoffman desired to flee, he had the opportunity to do so from Turks and Caicos Islands. He did not. Had he desired to intimidate witnesses, he had years of time to do so. He did not. 18 U.S.C. § 3142(f)(2)(A) and (B), the government must show that there is a "serious risk" that Mr. Hoffman will flee or intimidate witnesses. It has not proffered any information that would meet those standards.

**Immigration detainer**

There is an immigration detainer lodged against Mr. Hoffman. Doc 29 at 2. However, even the plain language of the detainer document advises this Court: "This detainer arises from DHS authorities and should not impact decisions about the alien's bail, rehabilitation, parole, release, diversion, custody classification, work, quarter assignments, or other matters" The detainer itself disclaims any relevance to the question of release or detention. The immigration detainer does not automatically result in Mr. Hoffman being removed from the United States if he is released under conditions in this criminal case.

**Regulatory authority**

Releasing Mr. Hoffman on conditions will not result in his removal from the United States, if the government exercises its authority to keep Mr. Hoffman in the United States while this case is pending. 8 C.F.R. § 215.3(g) permits the government to have Mr. Hoffman remain in the United States while this prosecution is pending:

> Any alien who is needed in the United States as a witness in, or as a party to, any criminal case under investigation or pending in a court in the United States: Provided, That any alien who is a witness in, or a party to, any criminal case pending in any criminal court proceeding may be permitted to depart from the United States with the consent of the appropriate prosecuting authority, unless such alien is otherwise prohibited from departing under the provisions of this part.

This regulation permits any "departure-control officer" to prevent an immigrant's departure from the United States while a criminal case is pending. *United States v. Ramos-Lopez*, No. 23-CR-4059-LTS-KEM, 4 (N.D. Iowa Sep. 19, 2023).

For all of these reasons, Mr. Hoffman should be released as proposed in the Pretrial Services report, Doc. 29.

Respectfully submitted this 25th day of November, 2024.

**MACIOLEK LAW GROUP**
Attorneys for Roger Hoffman


/s/ Mark P. Maciolek
Mark P. Maciolek
State Bar #: 1054208
750 Windsor Street, # 206
Sun Prairie, WI  53590
Phone: (608) 403-3252